■ FRANCISCO BARAJAS et al., Appellants, v TOLL BROTHERS, INC., Also Known as TOLL BROS., INC., Respondent, et al., Defendants. [671 NYS2d 230] —Appeal from order, Supreme Court, New York County (Beverly Cohen, J.), entered on or about September 11, 1997, which granted defendant-respondent's motion for limited post-default disclosure as to the issue of damages, unanimously dismissed, without costs.

In view of our recent vacatur of the default judgment against defendant (247 AD2d 242), the instant appeal is academic. Concur—Milonas, J. P., Nardelli, Mazzarelli and Saxe, JJ.